IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN WILLIS SMITH,

      Petitioner,                 No. CIV S-07-0778 RRB GGH P

   vs.

T. FELKNER, et al.,

      Respondents.         ORDER

_____/

      On July 22, 2007, the parties filed a stipulation to extend the time for filing of the joint scheduling statement. Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before September 4, 2007.

DATED: 7/30/07

                                /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

sm778.eot

1