IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN WILLIS SMITH,

    Petitioner,                    No. CIV S-07-0778 RRB GGH P

    vs.

T. FELKNER,

    Respondent.               <u>ORDER</u>

                                    /

        Pursuant to the stipulation filed November 30, 2007, IT IS HEREBY ORDERED that petitioner shall file his amended petition or other appropriate pleading on or before January 3, 2008.

DATED:  12/6/07                                /s/ Gregory G. Hollows

                                                                 UNITED STATES MAGISTRATE JUDGE

sm778.ord