IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN WILLIS SMITH,

    Petitioner,                   No. CIV S-07-0778 RRB GGH P

    vs.

T. FELKNER,

    Respondent.                <u>ORDER</u>

_____/

        On January 14, 2008, petitioner filed his first amended petition.  Good cause appearing, IT IS HEREBY ORDERED that respondent's response to the petition is due within thirty days of January 14, 2008.

DATED:  01/22/08                       /s/ Gregory G. Hollows

                                           UNITED STATES MAGISTRATE JUDGE

sm778.ord