IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN WILLIAMS SMITH,** | CIV S-07-0778 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN FELKNER, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before March 14, 2008.

Dated: 02/22/08      */s/ Gregory G. Hollows*
                    U.S. Magistrate Judge

sm778.eot

[Proposed] Order