IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN WILLIAMS SMITH,

    Petitioner,               No. CIV S-07-0778 JAM GGH P

   vs.

WARDEN FELKNER, et al.,

    Respondents.         ORDER

_____/

       Petitioner is proceeding through counsel with a petition for writ of habeas corpus. On October 8, 2008, petitioner filed a letter with the court stating that his lawyer has not provided him with a copy of the amended petition filed January 14, 2008. Because petitioner is represented by counsel, he may only communicate with the court through his counsel.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve a copy of this order on petitioner himself: Kevin Williams Smith, T-91453, High Desert State Prison, P.O. Box 3030, Susanville, CA, 96127.

DATED: 10/29/08

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

sm778.pet

1